

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00790-CV

**CEDAR SENIOR SERVICES, L.P.**,
Appellant

v.

Gloria **NEVAREZ**, Cynthia Cox, Pablo Nevarez, Jr., William Nevarez, Genaro Torres, as next friend of Genaro Torres, Jr. and Eva Torres, and Pablo Arispe, as next friend of Blake Arispe and Tristan Arispe as heirs of Pablo Nevarez,
Appellees

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2013-3075-DC
The Honorable Camile G. Dubose, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellees recover their costs of this appeal from appellant.

SIGNED March 19, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice